NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**DARLENE M. BROUGHTON,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

———————————

2014-3063

———————————

Petition for review of the Merit Systems Protection Board in No. SF-0752-13-0101-I-1.

———————————

**ON MOTION**

———————————

PER CURIAM.

**O R D E R**

Darlene M. Broughton files several motions seeking various relief.  The Merit Systems Protection Board ("Board") responds.

To the extent that Broughton seeks to add documents to the record that were not before the Board, our review of Board decisions is based on the record before the Board. *Mueller v. U.S. Postal Serv.,* 76 F.3d 1198, 1201-02 (Fed.

Cir. 1996); *see also* Fed. R. App. P. 16(a). Therefore, documents not part of the record before the Board may not be considered on appeal. To the extent that Broughton is arguing the merits of her case, those arguments belong in her brief.

Accordingly,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26